## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| DELORA BROWN and CHARLES COATY, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | No. 3:23-cv-50358 |
| vs. | ) | |
| | ) | Hon. Iain D. Johnston |
| MIDLAND STATES BANK, and MICHELLE YATES | ) | Hon. Michael F. Iasparro |
| | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |

## STIPULATION OF DISMISSAL BY ALL PARTIES

Plaintiffs Delora Brown ("Brown") and Charles Coaty ("Coaty") (Brown and Coaty, collectively "Plaintiffs"), and Defendants Midland States Bank ("Midland") and Michelle Yates ("Yates") (Midland and Yates, collectively, "Defendants"), have reached a confidential settlement agreement to resolve all claims and counterclaims in this action. Accordingly, Plaintiffs hereby stipulate and agree to the dismissal, with prejudice, of their claims against Defendant in this action. The parties will each bear their own attorney's fees and costs.

Dated: September 9, 2025

Respectfully submitted,

By: /s/ Michael Rothmann
**Rothmann Law**
201 S. Grove Ave., 4th Floor
Barrington, IL 60010
Phone: 312-757-7560
michael@rothmannlaw.com
*Counsel for Plaintiffs*

By: /s/ Corwin J. Carr (with permission)
Corwin J. Carr, Esq.
BARACK FERRAZZANO KIRSCHBAUM
& NAGELBERG, LLP
200 West Madison Street, Suite 3900
Chicago, IL 60606
Tel: 312-984-3100
Fax: 312-984-3150
corwin.carr@bfkn.com
*Counsel for Defendants*